### 11372.  HUGHES *v.* DANNENBERG COMPANY.

JENKINS, P. J. The action of the trial judge in granting a second new trial to the defendant, not on account of the verdict rendered but on account of error committed by himself, will not be disturbed, because the charge of the court was in some respects erroneous and in other respects confusing; and, since the verdict, though authorized, was not demanded, the rights of defendant may have been thus prejudiced.

*Judgment affirmed. Stephens and Smith, JJ., concur.*

DECIDED OCTOBER 13, 1920.

Complaint; from city court of Macon — Judge Guerry. January 30, 1920.

*Dasher & Mann,* for plaintiff.

*Hardeman, Jones, Park & Johnston, Richard Curd,* for defendant.